PROB 12C
(6/16)

Report Date: February 5, 2018

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Santos Mendoza | Case Number: 0980 2:07CR02071-LRS-5 |
| Address of Offender: | Sunnyside, Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 14, 2008

| | |
|---|---|
| Original Offense: | Conspiracy to Possess a Listed Chemical With Intent to Manufacture a Controlled Substance, 21 U.S.C. § 841 & 846 |
| Original Sentence: | Prison - 120 months  
TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: October 28, 2016 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: October 27, 2019 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On October 31, 2016, Mr. Mendoza was given a copy of his judgement and his conditions of supervision were explained to him. Mr. Mendoza signed his judgment reflecting he understood his conditions fully.<br><br>On January 31, 2018, Officer Santana attempted to contact Mr. Mendoza at his residence with no success. A business card with the directive for Mr. Mendoza was left on the residence front door. He was directed to report to Officer Santana on February 1, 2018. Mr. Mendoza failed to report to this officer. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
**Re: Mendoza, Santos**
**February 5, 2018**
**Page 2**

**Supporting Evidence**:  On October 31, 2016, Mr. Mendoza was given a copy of his judgement and his conditions of supervision were explained to him.  Mr. Mendoza signed his judgment reflecting he understood his conditions fully.

On February 1, 2018, Officer Santana spoke with Mr. Mendoza's father, Francisco Villalobos Mendoza, and he stated that Mr. Mendoza has not been residing at his reported address since on or about January 18, 2018.  Mr. Mendoza's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/05/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
2/5/2018

Date