PROB 12C
(6/16)

Report Date: May 23, 2018

# United States District Court

## for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 4 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Santos Mendoza                   Case Number: 0980 2:07CR02071-LRS-5

Address of Offender:                   Sunyside, Washington 98944

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 14, 2008

Original Offense:     Conspiracy to Possess A Listed Chemical With Intent to Manufacture a Controlled
                      Substance , 21 U.S.C. §§ 841 & 846

Original Sentence:    Prison - 120 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon             Date Supervision Commenced: October 28, 2016

Defense Attorney:     Alex B. Hernandez, III       Date Supervision Expires: October 27, 2019

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported
to the Court on 02/05/2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

3                         **Standard Condition #1**: The defendant shall not leave the judicial district without the
                          permission of the court or probation officer.

                          **Supporting Evidence**: On October 31, 2016, Mr. Mendoza was given a copy of his
                          judgement and is conditions of supervision were explained to him. Mr. Mendoza signed his
                          judgment reflecting he understood his conditions fully.

                          On May 2, 2018, this officer spoke with Mr. Mendoza's father, Francisco Mendoza-
                          Villalobos, regarding Mr. Mendoza's whereabouts. Mr. Mendoza-Villalobos stated that his
                          son was arrested near Tijuana, Mexico, on or about April 27, 2018, and was in custody near
                          San Diego, California.

                          On May 21, 2018, the probation office received U.S. Customs and Border Protection
                          incident report number 002438201 dated April 27, 2018. According to the report, Mr.
                          Mendoza was escorted into the United States from Mexico, by Mexican Immigration

Officials via the San Ysidro Port of Entry pedestrian lanes. Mr. Mendoza was arrested on a federal warrant and turned over to Deputy U.S. Marshals.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/05/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/23/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

5/24/18
Date